UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10200 NMG

IN RE; COMMONWEALTH OF )
MASSACHUSETTS, SUPERIOR COURT )
NORFOLK, ss CIVIL ACTION NO. )
04 01574 )
MAGISTRATE JUDGE Alexander
)
ROBERT K. WATSON )
            Plaintiff, )
Vs. )
)
NORTHERN STATES INSURANCE )
AGENCY, INC., DRISCOLL PEARCE, )
INC., and ARTHUR P. PEARCE, III )
)
            Defendants )
)

RECEIPT # 62166
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 2/2/05

## NOTICE OF REMOVAL AND PETITION TO REMOVE

### Jurisdiction

### 28 USC § 1332 and §1441 and §1446

1. On or about September 30, 2004 the plaintiff, Robert K. Watson filed a civil

2. action in the Norfolk County Superior Court for the Commonwealth of

3. Massachusetts. The plaintiff states in his complaint that he resides at 22

4. Brentwood Road, Belmont, Massachusetts. The plaintiff further states in his

5. complaint that the amount in controversy is in excess of $75,000.00 (See *Civil*

6. *Action Cover Sheet, Contract Claims Section* together with plaintiff's complaint

7. Count III at No. 32 and Count VI Nos. 44-47).

8. Petitioner, Defendant Arthur P. Pearce, III, resides at 103 Granny Hill Road

9. Moultonborough, NH and has done so for over a decade and at all times relevant

10. to the above captioned matter.

11. The plaintiff resides in different state than defendant Pearce therefore, diversity of citizenship exist between the plaintiff and defendant Pearce.

## REQUEST FOR RELIEF

WHEREFORE, the petitioner defendant, Arthur P. Pearce, III asks this court to:

a) Exercise its original jurisdiction in accordance with 28 USC sections 1332, 1441 and 1446 and remove this matter from the Norfolk County Superior Court for the Commonwealth of Massachusetts to the Federal District Court For The District Of Massachusetts.

b) Place this matter on its docket in accordance with the rules and law applicable to the Honorable Court's jurisdiction and consistent with the issues raised and relief sought by the parties to this matter.

c) Provide other such relief as the Honorable Court deems justice requires.

DEFENDANT,

ARTHUR P. PEARCE, III
By his Attorney,

Dated: January 7, 2005

Christopher M. Tremblay
22 ½ Maple Street
Concord, NH 03301
(603) 731-4330

## CERTIFICATION

I, Attorney Christopher M. Tremblay, certify that I made a true copy of the foregoing available to the plaintiff's attorney and the Clerk for the Norfolk County Superior Court in the Commonwealth of Massachusetts via first class mail.

Dated: 1/7/05

*[signature]*
Christopher M. Tremblay

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10200 NMG

| | |
|---|---|
| IN RE; COMMONWEALTH OF MASSACUSETTS, SUPERIOR COURT NORFOLK, ss CIVIL ACTION NO. 04 01574<br><br>ROBERT K. WATSON<br>　　　　　　　Plaintiff,<br>Vs.<br><br>NORTHERN STATES INSURANCE AGENCY, INC., DRISCOLL PEARCE, INC., and ARTHUR P. PEARCE, III<br>　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF ARTHUR P. PEARCE, III

NOW comes the Affiant, Arthur P. Pearce, III and says the following:

1. I am Arthur P. Pearce, III, and a defendant in the above captioned matter.

2. I have read the *Notice Of Removal and Petition To Remove*.

3. The facts contained within the aforementioned *Notice Of Removal and*

4. *Petition To Remove* are true to the best of my knowledge and belief.

Dated: 1/7/05

_____
Arthur P. Pearce, III

STATE OF NEW HAMPSHIRE,
COUNTY OF _____

Personally appeared before me the above-named, Arthur P. Pearce, on this the 7th day of January, 2005 and made oath that the within statements by him are true to the best of his knowledge and belief.

Before me, _____
Notary Public/ Justice of the Peace
My Commission expires _____

MARY-ELLEN PEARCE, Notary Public
My Commission Expires April 26, 2005

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert K. Watson

**DEFENDANTS**
Arthur P. Pearce, III, Northern States Insurance Agency and Driscoll Pearce, INC

(b) County of Residence of First Listed Plaintiff: Norfolk, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Carroll County, NH
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Charles A. Cook (617) 439-7500
150 Summer St, Boston MA 02210-1181

Attorneys (If Known)
Christopher M. Tremblay (603)731-4330
10 Wildemere Terrace, Concord, NH

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC § 1332, 1441 and 1446
Brief description of cause:
Contract Dispute - Sub-contractor suing Agency for alleged monies due

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: 1/10/05
SIGNATURE OF ATTORNEY OF RECORD: Christopher M. Tremblay

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Watson v. Northern States Insurance Agency, Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [X] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [X]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  **Christopher M. Tremblay**
ADDRESS  **10 Wildemere Terrace, Concord, NH 03301**
TELEPHONE NO.  **(603) 231-4330**

(Coversheetlocal.wpd - 10/17/02)