UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT K. WATSON,<br><br>                 Plaintiff,<br>v.<br><br>NORTHERN STATES INSURANCE<br>AGENCY, INC., DRISCOLL PEARCE,<br>INC., and ARTHUR P. PEARCE, III,<br><br>                 Defendants. | Civil Action No.: 05-10200-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Charles A. Cook as attorney for the Plaintiff, Robert K. Watson, in the above-referenced matter.

                                          Plaintiff,
                                          **ROBERT K. WATSON,**

                                          By his attorney,
                                          **MORRISON MAHONEY LLP**

Dated: March 2, 2005

                                          Charles A. Cook, Esq., BBO# 097580
                                          250 Summer Street
                                          Boston, MA 02210
                                          (617) 439-7500

1129599v1