UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10200-NMG

| | |
|---|---|
| ROBERT K. WATSON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| NORTHERN STATES INSURANCE AGENCY, INC., DRISCOLL PEARCE, INC., and ARTHUR P. PEARCE, III, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that my office contacted counsel for the Defendants in writing on February 8, 2005 to discuss the matter addressed in Plaintiff's Motion for Remand of Improperly Removed Case and for Just Costs and Expenses, Including Attorney's Fees, Incurred Due to the Improper Removal. Counsel for the Defendants has not responded.

Respectfully submitted,
ROBERT K. WATSON, Plaintiff,
By his attorneys,

MORRISON MAHONEY LLP

Charles A. Cook, Esq. (BBO # 097580)
250 Summer Street
Boston, MA 02210
Tel.: (617) 439-7500

Dated: March 3, 2005

1129909v1