UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10200 NMG

IN RE; COMMONWEALTH OF )
MASSACUSETTS, SUPERIOR COURT )
NORFOLK, ss CIVIL ACTION NO. )
04 01574 )
)
ROBERT K. WATSON )
                Plaintiff, )
Vs. )
)
NORTHERN STATES INSURANCE )
AGENCY, INC., DRISCOLL PEARCE, )
INC., and ARTHUR P. PEARCE, III )
)
                Defendants )
)

## AFFIDAVIT OF ARTHUR P. PEARCE, III

NOW comes the Affiant, Arthur P. Pearce, III and says the following:

1. I am Arthur P. Pearce, III, and a defendant in the above captioned matter.

2. I have read the *Notice Of Removal and Petition To Remove*.

3. The facts contained within the aforementioned *Notice Of Removal and*

4. *Petition To Remove* are true to the best of my knowledge and belief.

Dated: 1/7/05

                                            Arthur P. Pearce, III

STATE OF NEW HAMPSHIRE,
COUNTY OF _____

Personally appeared before me the above-named, Arthur P. Pearce, on this the 7th day of January, 2005 and made oath that the within statements by him are true to the best of his knowledge and belief.

        Before me, _____
                    Notary Public/ ~~Justice of the Peace~~
                    My Commission expires 4/26/05

MARY-ELLEN PEARCE, Notary Public
My Commission Expires April 26, 2005