UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robert K. Watson,**

    **Plaintiff**     **CA05-10200-NMG**

    **v.**

**Northern States Insurance Agency, et al.,**

    **Defendant**

ORDER OF REMAND
4/4/2005

**In accordance with the allowance of the plaintiff's "Motion For Remand Of Improperly Removed Case", (Docket No. 4, filed 3/3/05), this case is remanded to Norfolk County Superior Court.**

    <u>/s/ Nathaniel M. Gorton</u>

    **Nathaniel M. Gorton**
    **United States District Judge**