UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR 14 A 8:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 05-10200-NMG

| | |
|---|---|
| ROBERT K. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTHERN STATES INSURANCE AGENCY, INC., DRISCOLL PEARCE, INC., and ARTHUR P. PEARCE, III, | ) |
| | ) |
| Defendants. | ) |

APPLICATION FOR ATTORNEYS FEES

The Plaintiff in the above matter, Robert K. Watson, hereby applies for an Order for payment for his costs and attorney's fees.

In support of this application, Plaintiff attaches the Affidavit of Charles A. Cook, Esquire, and states as follows:

1. The Plaintiff is a resident of the Commonwealth of Massachusetts.

2. Defendants Northern States Insurance Agency, Inc., and Driscoll Pearce, Inc. are corporations, organized under the Laws of the Commonwealth of Massachusetts ("Corporate Defendants").

3. Arthur P. Pearce, III ("Pearce") was, and may still be, a resident of the Commonwealth of Massachusetts. On the corporate records most recently filed on behalf of the Corporate Defendants with the Massachusetts Secretary of State, Pearce stated under pains and

1

1135634v1

penalties of perjury that his residence was 303 Centre Lane, Walpole, Massachusetts. Pearce has made no filing to correct or otherwise change those sworn statements.

4.  On December 10, 2004, all defendants received service of a Complaint in a law suit filed by Plaintiff in Norfolk Superior Court, Commonwealth of Massachusetts, Docket No.: NOCV2004-01574 ("Norfolk Action"). More than thirty (30) days after service of the Complaint in the Norfolk Action, Christopher M. Tremblay, Esquire, on behalf of the Defendants, filed a Notice of Removal.

5.  On March 7, 2005, the Plaintiff, Robert K. Watson, filed a Motion for Remand of Improperly Removed Case and for Just Costs and Expenses, including attorneys fees incurred due to the improper removal. The basis of the motion was that (i) the Notice of Removal was filed beyond the time limit provided for in 28USC §1446(b), (ii) the Notice of Removal was not filed by all Defendants, and (iii) there was no diversity of citizenship because, at a minimum, the two Corporate Defendants are residents of the Commonwealth of Massachusetts, the State of their incorporation.

6.  On April 4, 2005, the Court (Gorton, J.) granted the Plaintiff's Motion for Remand, and Ordered Plaintiff's counsel to submit an Affidavit with respect to his costs and attorney's fees for consideration and award by the Court.

7.  As stated in the Plaintiff's Motion for Remand, removal was clearly improper, has resulted in delay of the Norfolk Action, and has caused the Plaintiff to expend time and resources. Attached hereto is the Affidavit of Charles A. Cook, Esquire, which outlines fees and expenses in connection therewith totaling $5,207.20.

For all of the foregoing reasons, Plaintiff prays that this honorable Court issue an Order requiring defendants and their counsel, Christopher M. Tremblay, Esquire, to pay Plaintiff the

1135634v1

sum of $5,207.20, representing the legal fees and costs Plaintiff has incurred in opposing Defendants' improper Notice of Removal.

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon <u>Christopher M. Tremblay, Esquire</u> by **First Class Mail** on the 12th day of April, 2005.<br><br>_____<br>Charles A. Cook | The Plaintiff<br>**ROBERT K. WATSON**<br>By his attorney,<br><br>**MORRISON MAHONEY LLP**<br><br>_____ 4/12/05<br>Charles A. Cook, BBO # 097580<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

3

1135634v1

## CERTIFICATE OF SERVICE

I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing **PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND AFFIDAVIT OF CHARLES A. COOK IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES**, by mailing a copy, postage prepaid, to the following:

Christopher M. Tremblay, Esquire
Law Office of Christopher M. Tremblay
10 Wildemere Terrace
Concord, New Hampshire 03301

Northern States Insurance Agency, Inc.
c/o Arthur P. Pearce, III
319 Whittier Way, Suite 3
Center Harbor, New Hampshire 03226-3624

Driscoll, Pearce, Inc.
c/o Arthur P. Pearce, III
319 Whittier Way, Suite 3
Center Harbor, New Hampshire 03226-3624

and

Arthur P. Pearce, III
319 Whittier Way, Suite 3
Center Harbor, New Hampshire 03226-3624

DATED: April 12, 2005

_____
Charles A. Cook

1135882v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10200-NMG

ROBERT K. WATSON, )
)
Plaintiff, )
)
v. )
)
NORTHERN STATES INSURANCE AGENCY, )
INC., DRISCOLL PEARCE, INC., and ARTHUR )
P. PEARCE, III, )
)
Defendants. )
)

AFFIDAVIT OF CHARLES A. COOK
IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES
PURSUANT TO COURT ORDER DATED APRIL 4, 2005

1. I am an attorney, with offices located at 250 Summer St., Boston, Massachusetts 02210. I am duly licensed to practice law in the Commonwealth of Massachusetts.

2. I am a Partner at the law firm of Morrison Mahoney LLP.

3. I have been retained by the Plaintiff, Robert K. Watson, to represent him relative to the above-referenced action.

4. I make this Affidavit pursuant to the Court's Order dated April 4, 2005 in the above-captioned matter. In that Order, the Court (Gorton, J.) directed Plaintiff's counsel to submit an application for recovery of the Plaintiff's attorney's fees and costs in connection with opposing an improper removal of this action from Norfolk Superior Court, Commonwealth.

5. I have been admitted to practice law for approximately twenty-five (25) years. My specialty is corporate transactional work, and corporate litigation. My billing rate on this file is $300.00 per hour. This rate is discounted, and is lower than the rate charged by partners with comparable experience in large firms within the City of Boston.

1

1135603v1

6. My associate, Kristin A. Mendoza, has four (4) years experience in the field of corporation transactions and corporate litigation. Her billing rate is $200.00 per hour. This rate is discounted, and is lower than the rate charged by associates with comparable experience in large firms within the City of Boston.

7. My paralegal, Melinda (Mindi) Bellis McCarthy, has seven (7) years experience in the field of corporate transactions. Her billing rate is $110.00 per hour. This rate is discounted, and is lower than the rate charged by paralegals with comparable experience in large firms within the City of Boston.

8. I have reviewed the time entries for legal services provided by Morrison Mahoney LLP in connection with the preparation and filing of an opposition to Defendants' Notice of Removal. This time included, *inter alia*, telephone calls to the United States District Court for the District of New Hampshire (where the Defendants first attempted to remove this action), calls to the Norfolk Superior Court, telephone calls to the United States District Court for the District of Massachusetts, telephone calls with Robert K. Watson, research in connection with the corporate status of Northern States Insurance Agency, Inc. and Driscoll Pearce, Inc., research concerning the residence of Arthur P. Pearce, III, telephone conferences and correspondence with Defendants' counsel in connection with the removal, preparation of the Affidavit of Charles A. Cook, preparation of a Motion for Remand and receipt and review of the Defendants' Opposition to the foregoing Motion and various affidavits attached to that Opposition. In connection with these activities, I spent a total of seven (7) hours. My associate, Kristin A. Mendoza, spent a total of fifteen (15) hours, and our paralegal, Mindi McCarthy, spent 0.60 hours.

9. The time outlined in Paragraph 8, above, was reasonable and necessary in connection with seeking remand of this action.

10. In addition to the time incurred by Attorney Mendoza, Ms. McCarthy and me, this firm incurred costs in the amount of $29.44 for copying, and $11.76 for overnight, express mail services in connection with its Motion for Remand.

11. The rates charged by Morrison Mahoney LLP in this matter are discounted; are reasonable; and are significantly lower than what most major Boston firms would

2

1135603v1

charge for this type of work by attorneys of comparable experience. Any charges for out-of-pocket costs such as copying and express mail fees are billed at actual cost to the firm and do not reflect a profit or mark-up..

12. A summary of the time entries and expenses outlined above are attached hereto as Exhibit A.

Signed under the pains and penalties of perjury this 12th day of April, 2005.

_____
Charles A. Cook, Esq. (BBO # 097580)

Case 1:05-cv-10200-NMG    Document 8-2    Filed 04/14/2005    Page 4 of 6

**MORRISON MAHONEY LLP**
**250 SUMMER STREET**
**BOSTON, MA 02210**
**(617) 439-7500**

FEDERAL ID # 04-2262762

April 6, 2005

ROBERT K. WATSON
22 BRETTWOOD ROAD
BELMONT, MA 02478

CLIENT #/MATTER #:   009999/10015972

| | |
|---|---:|
| CURRENT FEES: | 5,166.00 |
| CURRENT EXPENSES: | 41.20 |
| CURRENT INVOICE TOTAL: | $5,207.20 |

ROBERT K. WATSON VS: DRISCOLL PEARCE INSURANCE AGENCY, INC.

**FEES**

| DATE | TKID | HOURS | DESCRIPTION |
|---|---|---|---|
| 1/3/05 | CHC | 1.2 | Receipt and review of removal filings by Attorney Tremblay; correspondence to court; correspondence to Bob Watson; letter of opposition to removal (sent to US District Ct. for District of NH). |
| 1/4/05 | CHC | 0.5 | Telephone conference to Norfolk Superior Court; telephone conference with USDC (NH); correspondence. |
| 1/6/05 | CHC | 0.4 | Telephone conferences with New Hampshire District Court clerk's office; telephone conference with Norfolk Superior Court clerk's office. |
| 1/11/05 | CHC | 0.4 | Telephone conference with USDC - District of NH. |
| 1/11/05 | MBM | 0.2 | Pull docket sheet (U.S. District Court - Massachusetts). |
| 2/7/05 | CHC | 1.1 | Receipt and review of Notice of Removal from US District Court; direction for Kristin Mendoza concerning |

Page 1

Mr. Robert Watson                               Page 2                              April 6, 2005

| DATE | TKID | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | Motion for Remand. |
| 2/9/05 | KRC | 4.0 | Review and analyze petition to remove; research and analyze federal remand statutes; begin drafting motion for remand. |
| 2/10/05 | CHC | 0.2 | Telephone conference with Bob Watson. |
| 2/16/05 | KRC | 5.5 | Continue research and drafting of motion for remand. |
| 2/28/05 | KRC | 5.5 | Complete draft motion for remand; draft affidavit for Charles Cook and select exhibits thereto; forward drafts to partner for review. |
| 3/2/05 | CHC | 1.2 | Revisions to Motion and Affidavit. |
| 3/2/05 | MBM | 0.4 | Assist attorney with motion. File management. |
| 3/3/05 | CHC | 0.9 | Finalize motion and affidavit; prepare notice of appearance; correspondence to U.S. District Court. |
| 3/11/05 | CHC | 0.3 | Telephone conferences with Atty. Trembley; letter to Bob Watson. |
| 3/16/05 | CHC | 0.8 | Receipt and review opposition for Motion for Remand. |

| | | | | |
|---|---|---|---|---|
| CHARLES COOK | PARTNER | 7.00 hrs @ | 300.00 = | 2,100.00 |
| KRISTIN MENDOZA | ASSOCIATE | 15.00 hrs @ | 200.00 = | 3,000.00 |
| MELINDA BELLIS MCCARTHY | LAW CLERK | 0.60 hrs @ | 110.00 = | 66.00 |
| TOTAL FEES | | 22.60 hrs = | | $5,166.00 |

**EXPENSE SUMMARY**

| | |
|---|---|
| Express Mail | $11.76 |
| Internal Photocopying | $29.44 |
| TOTAL EXPENSES | $41.20 |

CURRENT INVOICE TOTAL                                                                $5,207.20