


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:                                             RE:

Norfolk County Superior Court                   CIVIL ACTION #: 1:05-CV-10200 NMG

650 High Street                                 CRIMINAL #.

Dedham, MA  02026-1855

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____
___4-4-2005_____ by the Honorable Nathaniel M Gorton.

I hereby certify on _____ that the foregoing document is true and correct copy of the electronic docket in the captioned case

The following documents are included in our file and transmitted herewith:

☐ electronically filed original filed on_____
☐ original filed in my office on_____

( x )   Certified copy of the docket entries;

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

( )    Certified copy of the transferral order;

By:_____
Deputy Clerk

( )    Original documents numbered _____

( )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  5-13-2005                    By: /s/ Elizabeth E. Effting
                                        Deputy Clerk

cc:    Counsel, File

_____

The documents listed above were received by me on _____ and assigned the
following case number:_____.

By:_____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)