UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10200-NMG

| | |
|---|---|
| **ROBERT K. WATSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **NORTHERN STATES INSURANCE** | ) |
| **AGENCY, INC., DRISCOLL PEARCE, INC.,** | ) |
| **and ARTHUR P. PEARCE, III,** | ) |
| | ) |
| **Defendants**. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR ENFORCEMENT OF
AWARD FOR ATTORNEYS' FEES AND WRIT OF EXECUTION**

Robert K. Watson, the plaintiff herein, hereby moves for an order of this Court directing:

A.    Issuance of a Writ of Execution against the defendants, Northern States Insurance Agency, Inc., Driscoll Pearce, Inc. and Arthur P. Pearce, III, and their counsel, Christopher M. Tremblay, Esq., in the amount previously awarded by this Court for attorneys' fees as a result of improper removal to this Court;

B.    That the defendants and Mr. Tremblay pay the plaintiff his just costs and expenses, including attorney's fees, incurred as a result of this motion[1]; and,

C.    That the plaintiff's counsel be relieved of his obligation under Rule 4.2 of the Massachusetts Rules of Professional Conduct restricting communication with persons represented by counsel and be permitted to communicate with the defendants directly for the purpose of collecting said fees.

---

[1] Under Local Rule 7.1(a)(2), plaintiff's counsel attempted to contact the defendants' counsel, Christopher M. Tremblay, Esq., by letters dated October 28, 2005, November 16, 2005 and December 7, 2005, in an attempt to narrow the scope of the dispute between the parties. The undersigned explained the basis for this motion, but Attorney Tremblay never responded.

981532v1

The reasons for the relief sought by the plaintiff is as follows:

1. On April 4, 2005, this Court found that the defendants' removal of this action to federal court was improper remanded the case to Norfolk Superior court, and invited the plaintiff's counsel to submit an affidavit and application for award of attorneys fees and costs. The plaintiff submitted an application for fees in the amount of $5,207.20 on April 14, 2005. On October 27, 2005, this Court granted the plaintiff's application in the full amount of $5,207.20 (the "Award").

2. By letters dated October 28, 2005 and November 16, 2005, attached hereto as Exhibit A and B, respectively, plaintiff's counsel sought to obtain payment of the Award.

3. To date, neither the defendants nor their attorney has paid any of this Award or even responded to any requests for payment.

4. On information and belief, Attorney Tremblay is the son-in-law of the defendant, Arthur P. Pearce, III. The plaintiff has a good faith belief that there has been a breakdown in communication between the defendants and their counsel with respect to this action. *See* letter, dated December 7, 2005, from Charles A. Cook, Esq. to Christopher M. Tremblay, Esq., a copy of which is attached hereto as Exhibit C. To date, Attorney Tremblay has not responded to that letter.

5. A Writ of Execution and an order granting plaintiff's counsel permission to communicate with the defendants directly are necessary to proceed with supplementary process and other efforts by the plaintiff to collect the Award.

6. The plaintiff has expended $1,500.00 in attorneys' fees and costs to date in filing this Motion and attempting to collect the Award. See Affidavit of Charles A. Cook, attached hereto as Exhibit D.

981532v1

WHEREFORE, the plaintiff moves that (i) a Writ of Execution issue in the amount of $6,707.20 (representing the amount of the Award plus additional attorneys fees as set forth in the Affidavit of Charles A. Cook) with interest at the statutory rate for tort actions from the date of the Award, and (ii) the Court issue an order granting plaintiff's counsel permission to communicate directly with the defendants for purpose of collecting the Award and all additional fees and costs due.

        Respectfully submitted,

        ROBERT K. WATSON, Plaintiff,
        By his attorneys,

        MORRISON MAHONEY LLP

        /s/ *Charles A. Cook*
        _____
        Charles A. Cook, Esq. (BBO # 097580)
        250 Summer Street
        Boston, MA  02210
        Tel.:  (617) 439-7500

Dated:  January 9, 2006

**CERTIFICATE OF SERVICE**

     I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR ENFORCEMENT OF AWARD FOR ATTORNEYS' FEES AND WRIT OF EXECUTION** and **LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE** by mailing a copy, postage prepaid, to the following:

Christopher M. Tremblay, Esquire
Law Office of Christopher M. Tremblay
10 Wildemere Terrace
Concord, New Hampshire 03301

DATED: January 9, 2006         /s/ *Charles A. Cook*
                                             Charles A. Cook

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10200-NMG

| | |
|---|---|
| ROBERT K. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTHERN STATES INSURANCE AGENCY, INC., DRISCOLL PEARCE, INC., and ARTHUR P. PEARCE, III, | ) |
| | ) |
| Defendants. | ) |

**LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that my office contacted counsel for the Defendants in writing on October 28, 2005, November 16, 2005 and December 7, 2005 to discuss the matter addressed in Plaintiff's Motion Plaintiff's Motion for Enforcement of Award for Attonreys' Fees and Writ of Execution. Counsel for the Defendants has not responded.

Respectfully submitted,
ROBERT K. WATSON, Plaintiff,
By his attorneys,

MORRISON MAHONEY LLP

/s/ *Charles A. Cook*

_____
Charles A. Cook, Esq. (BBO # 097580)
250 Summer Street
Boston, MA 02210
Tel.: (617) 439-7500

Dated: January 9, 2006

982071v1

# Exhibit A

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Charles A. Cook
Phone: 617-439-7505
Fax: 617-342-4855
ccook@morrisonmahoney.com

October 28, 2005

Christopher M. Tremblay
Law Office of Christopher M. Tremblay
10 Wildemere Terrace
Concord, NH 03301

Re:  Robert K. Watson vs. Northern States Insurance Agency, Inc.,
     Driscoll, Pearce, Inc. and Arthur P. Pearce, III
     U.S. District Court for the District of Massachusetts
     Civil Action No. 05-10200-NMG

Dear Mr. Tremblay:

As you have undoubtedly learned, the U.S. District Court for the District of Massachusetts (Gorton, J.) has allowed Mr. Watson's Application for Attorneys Fees, and Ordered that you and your clients pay Mr. Watson the sum of $5,207.20.

Please immediately send a check to my attention, made payable to Robert Watson, in the amount of $5,207.20.

I trust you and your clients will comply with the Court's Order, and immediately tender payment.

Very truly yours,

Charles A. Cook

CAC:sm
cc:  Mr. Robert K. Watson

# Exhibit B

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Charles A. Cook
Phone: 617-439-7505
Fax: 617-342-4855
ccook@morrisonmahoney.com

November 16, 2005

Christopher M. Tremblay
Law Office of Christopher M. Tremblay
10 Wildemere Terrace
Concord, NH 03301

Re: **Robert K. Watson vs. Northern States Insurance Agency, Inc., Driscoll, Pearce, Inc. and Arthur P. Pearce, III**
 **U.S. District Court for the District of Massachusetts**
 <u>**Civil Action No. 05-10200-NMG**</u>

Dear Mr. Tremblay:

By letter dated October 28, 2005, I requested that payment in the amount of $5,207.20, as ordered by Judge Gorton, be transmitted to my attention. To date, payment has not been received.

Unless I receive a check made payable to "Robert Watson and Morrison Mahoney LLP" in the amount of $5,207.20 by the close of business on Tuesday, November 22, 2005, I will ask Judge Gorton to impose further sanctions and attorney's fees upon both you and your client.

Your prompt attention to this matter will save both you and your client a great deal of time, inconvenience and risk of civil and criminal penalties.

Very truly yours,

Charles A. Cook

CAC:sm
cc:   Mr. Robert K. Watson

BOSTON • NEW YORK • LONDON

974325v1

# Exhibit C

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Charles A. Cook
Phone: 617-439-7505
Fax: 617-342-4855
ccook@morrisonmahoney.com

December 7, 2005

Christopher M. Tremblay
Law Office of Christopher M. Tremblay
10 Wildemere Terrace
Concord, NH 03301

**Re:** Robert K. Watson vs. Northern States Insurance Agency, Inc.,
Driscoll, Pearce, Inc. and Arthur P. Pearce, III
U.S. District Court for the District of Massachusetts
<u>Civil Action No. 05-10200-NMG</u>

Dear Mr. Tremblay:

On October 28, 2005 and November 16, 2005, I wrote to you seeking payment in the amount of $5,207.20 as ordered by Judge Gorton. For your records, I have enclosed copies of each of those letters.

In light of your failure to respond, much less tender payment, we have contacted the United States District Court for the District of Massachusetts. We will enlist the Court's assistance in obtaining an execution on the amount ordered, and we will also seek a supplemental order for attorneys fees incurred in the collection of the amount ordered.

I understand that your client is also your father-in-law. In light of that relationship, and your lack of response, I am concerned that either (i) you no longer represent Mr. Pearce, or (ii) you have not communicated with Mr. Pearce concerning the Court's Order. I will, therefore, seek the Court's permission to contact your client directly.

Please feel free to call should you have any questions.

Very truly yours,

Charles A. Cook

CAC:sm
cc:   Mr. Robert K. Watson

BOSTON • NEW YORK • LONDON

977693v1

# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10200-NMG

| | |
|---|---|
| ROBERT K. WATSON, | ) |
|                Plaintiff, | ) |
| v. | ) |
| NORTHERN STATES INSURANCE AGENCY, INC., DRISCOLL PEARCE, INC., and ARTHUR P. PEARCE, III, | ) |
|                Defendants. | ) |

AFFIDAVIT OF CHARLES A. COOK
IN SUPPORT OF PLAINTIFF'S MOTION FOR ENFORCEMENT OF
AWARD FOR ATTORNEYS' FEES AND WRIT OF EXECUTION

1. I am an attorney, with offices located at 250 Summer St., Boston, Massachusetts 02210. I am duly licensed to practice law in the Commonwealth of Massachusetts.

2. I am a Partner at the law firm of Morrison Mahoney LLP.

3. I have been retained by the Plaintiff, Robert K. Watson, to represent him relative to the above-referenced action.

4. I have been admitted to practice law for approximately twenty-five (25) years. My specialty is corporate transactional work, and corporate litigation. My billing rate on this file is $300.00 per hour. This rate is discounted, and is lower than the rate charged by partners with comparable experience in large firms within the City of Boston.

5. My associate, Kristin A. Mendoza, has five (5) years experience in the field of corporate transactions and corporate litigation. Her billing rate is $200.00 per hour. This rate is discounted, and is lower than the rate charged by associates with comparable experience in large firms within the City of Boston.

1

981925v1

6. My paralegal, Melinda (Mindi) Bellis McCarthy, has seven (7) years experience in the field of corporate transactions and corporate litigation. Her billing rate is $110.00 per hour. This rate is discounted, and is lower than the rate charged by paralegals with comparable experience in large firms within the City of Boston.

7. This firm has provided legal services to the Plaintiff, Robert K. Watson in connection with his attempt to collect an award of attorneys fees issued by the Court (Gorton, J.) on October 27, 2005. This work included, *inter alia*, telephone calls to the United States District Court for the District of Massachusetts, telephone calls with Robert K. Watson, research in connection with the Defendants' failure to comply with the Court's Order, and multiple letters to Defendants' counsel in connection with same. The value of the time spent in these activities totals $1,500.00. A summary of the time entries related to the foregoing activities can be made available to the Court if requested.

8. The time outlined in Paragraph 7, above, was reasonable and necessary in connection with attempting to enforce the Award.

9. The rates charged by Morrison Mahoney LLP in this matter are discounted; are reasonable; and are significantly lower than what most major Boston firms would charge for this type of work by attorneys of comparable experience.

Signed under the pains and penalties of perjury this 9th day of January, 2006.

_____
Charles A. Cook, Esq. (BBO # 097580)

981925v1

2